## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

PENN-AMERICA INSURANCE
COMPANY,

    Plaintiff,
v.                                                                     CASE NO.: 8:24-cv-00141-SDM-NHA

ROCK HARD CONCRETE, INC.;
COSTA HOMES, INC.; HOWARD
MILLIAN; and SUSAN MILLIAN,

    Defendants.
_____/

## NOTICE OF RESOLUTION

Defendant, Costa Homes, Inc., by and through its undersigned counsel, pursuant to Local Rule 3.09, hereby gives notice that Plaintiff, Penn-America Insurance Company and Defendant Costa Homes, Inc. have reached a settlement. The parties request that this Court reserve jurisdiction for 30 days while the parties finalize the written settlement agreement. The parties will file a joint dismissal of the claims between them as soon as the settlement agreement has been finalized, with all parties to bear their own fees and costs.

Date: November 15, 2024

                                            Respectfully submitted,

                                            */s/ Molly Chafe Brockmeyer*
                                            Molly Chafe Brockmeyer, Esq.
                                            Florida Bar No. 105798
                                            BOYLE, LEONARD & ANDERSON, P.A.
                                            9111 W. College Pointe Drive
                                            Fort Myers, FL 33919
                                            (293) 337-1303

(293) 337-7674 – Facsimile
Mbrockmeyer@insurance-counsel.com
eservice@insurance-counsel.com
*Counsel for Costa Homes, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system with copies served via an automatic email generated by the CM/ECF system to the parties on the service list below.

/s/ *Molly Chafe Brockmeyer*
Molly Chafe Brockmeyer, Esq.
Fla. Bar No.: 105798
*Counsel for Defendant, Costa Homes, Inc.*

## SERVICE LIST

| | |
|---|---|
| Brian P. Henry | Matthew B. Taylor |
| Erica A. Arend | Nick Alsaka |
| Rolfes Henry Co., LPA | Johnson Pope Bokor Ruppel |
| 5577 Broadcast Court |   & Burns, LLP |
| Sarasota, FL 34240 | 400 N. Ashley Drive, Suite 3100 |
| 941-684-0100 | Tampa, FL 33602 |
| Fax: 941-684-0109 | 813-225-2500 |
| bhenry@rolfeshenry.com | matthewt@jpfirm.com |
| earend@rolfeshenry.com | nicka@jpfirm.com |
| | *Counsel for Howard and Susan Millian* |

-and-

Aaron Alfano
Aaron Alfano P.A.
1257 Western Pine Circle
Sarasota, FL 34240
941-312-1196
Email: aalfano@rolfeshenry.com
*Counsel for Penn-America Ins. Co.*